AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| MICHAEL WILLIAM MOHR | ) | Case No.   4:26 MJ 3008 NCC |
| | ) | |
| | ) | SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  1-23 thru 1-28-2026  in the county of  St. Louis  in the Eastern District of Missouri, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:2251 | Production of child porn |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the following is true and correct.

*Trevor Welter*
*Complainant's signature*

FBI, SA, Trevor Welter
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 01/28/2026

*Judge's signature*

City and state:  St. Louis, Missouri    Honorable Noelle C. Collins , U.S. Magistrate Judge
*Printed name and title*