UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:26-MJ-03008 NCC |
| ) | |
| MICHAEL WILLIAM MOHR, ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

COME NOW John C. Schleiffarth and hereby enters his appearance on behalf of the defendant, Michael Mohr.

Respectfully Submitted,

*/s/ John Schleiffarth*
JOHN C. SCHLEIFFARTH, #63222MO
JOHN C. SCHLEIFFARTH, P.C.
120 S Central Ave, Ste 1550
St. Louis, Mo, 63105
T: (314) 561-9690
F: (314) 596-0658
john@jcsattorney.com

CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of January, 2026 the above and foregoing was electronically filed with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties in interest including Assistant United States Attorney Jillian Anderson.

*/s/ John C. Schleiffarth*
John C. Schleiffarth